KRISTA HART
Attorney at Law
State Bar #199650
428 J Street, Suite 357
Sacramento, California  95814
Telephone: (916) 731-8811

Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,        ) | Civ.S. 02-418 GEB |
| )                                  Plaintiff,        ) | **STIPULATION AND PROPOSED ORDER** |
| v.                                 ) | |
| )                                  FERNANDO LOPEZ-CUEVAS and        )
ANTELMO ONTIVEROS,                  )
)                                  Defendants.       )
_____ | |

    Defendant Fernando Lopez-Cuevas, by and through counsel Krista Hart, and plaintiff United States of America, by and through counsel Assistant U.S. Attorney Carolyn Delaney, hereby stipulate that briefing schedule set by this Court on June 19, 2006, be reset and stipulate that the sentencing brief is now due on August 21, 2006.

    Mr. Lopez-Cuevas went to trial before this Court in February, 2002.  Attorney Gil Roquet represented Mr. Lopez-Cuevas during the trial.  After the jury returned a guilty verdict, both defendants appealed their convictions.  Attorney John Ward represented Mr. Lopez-Cuevas on the appeal.  The U.S. Court of Appeals for the Ninth Circuit remanded the case to this Court in light of the holding in <u>United</u>

States v. Booker, 125 S.Ct. 738 (2005).  Pursuant to United States v. Ameline, 409 F.3d 1073 (9th Cir. 2005)(en banc) this Court issued an order on June 19, 2006, ordering the attorneys for all parties to file briefs answering the questions raised in Ameline.  This Court appointed the undersigned to represent Mr. Lopez-Cuevas on June 13, 2006.

The undersigned has not had sufficient time to obtain and review the materials necessary to answer the Court's question.  The undersigned has obtained materials from attorney Gil Roquet concerning the sentencing issues, but has not yet obtained the transcripts of the trial or the sentencing hearing.  Those transcripts are necessary to determine whether the sentence for Mr. Lopez-Cuevas would have been materially different had the district court known that the Guidelines were advisory.

July 25, 2006                     /s/ Krista Hart
                                  Attorney for Fernando Lopez-Cuevas

July 25, 2006                     McGregor Scott
                                  United States Attorney

                                   /s/ Carolyn Delaney
                                  Assistant U.S. Attorney

**ORDER**

Good cause appearing, it is so ordered.

Dated:  July 25, 2006

                                  /s/ Garland E. Burrell, Jr.
                                  GARLAND E. BURRELL, JR.
                                  United States District Judge

2