KRISTA HART
Attorney at Law
State Bar #199650
428 J Street, Suite 357
Sacramento, California  95814
Telephone: (916) 731-8811

Attorney for Defendant

FILED

AUG 2 4 2006

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
           DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:02 - CR - 418 GEB |
| Plaintiff, | **STIPULATION AND** ~~**PROPOSED**~~ **ORDER** |
| v. | |
| FERNANDO LOPEZ-CUEVAS and ANTELMO ONTIVEROS, | |
| Defendants. | |

Defendant Fernando Lopez-Cuevas, by and through counsel Krista Hart, and plaintiff United States of America, by and through counsel Assistant U.S. Attorney Carolyn Delaney, hereby stipulate that defendant's <u>Ameline</u> brief which is currently due on August 21, 2006, is now due on September 25, 2006.

Mr. Lopez-Cuevas went to trial before this Court in February, 2002.  Attorney Gil Roquet represented Mr. Lopez-Cuevas during the trial.  After the jury returned a guilty verdict, both defendants appealed their convictions.  Attorney John Ward represented Mr. Lopez-Cuevas on the appeal.  The U.S. Court of Appeals for the Ninth Circuit remanded the case to this Court in light of the holding in <u>United</u>

1  States v. Booker, 125 S.Ct. 738 (2005). Pursuant to United States v.
2  Ameline, 409 F.3d 1073 (9th Cir. 2005)(en banc) this Court issued an
3  order on June 19, 2006, ordering the attorneys for all parties to file
4  briefs answering the questions raised in Ameline. This Court appointed
5  the undersigned to represent Mr. Lopez-Cuevas on June 13, 2006.

     The undersigned has not had sufficient time to obtain and review the materials necessary to answer the Court's question. The undersigned has obtained materials and transcripts from the former attorneys. However, Mr. Lopez-Cuevas has indicated that he has material relevant to the issue. I have not yet received that information from defendant. Therefore, I request the additional time to obtain those materials from the client.

August 23, 2006                         /s/ Krista Hart
                                        Attorney for Fernando Lopez-Cuevas

August 23, 2006                         McGregor Scott
                                        United States Attorney

                                        /s/ Carolyn Delaney
                                        Assistant U.S. Attorney (per e-mail)

**ORDER**

Good cause appearing, it is so ordered.

Dated: August 23, 2006

                                        /s/ Garland E. Burrell, Jr.
                                        GARLAND E. BURRELL, JR.
                                        United States District Judge