1 KRISTA HART
Attorney at Law
2 State Bar #199650
428 J Street, Suite 357
3 Sacramento, California  95814
Telephone: (916) 731-8811
4
Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 2:02-cr-418-GEB |
| ) | |
| Plaintiff, ) | |
| ) | **STIPULATION AND** ~~**PROPOSED**~~ **ORDER** |
| v. ) | |
| ) | |
| FERNANDO LOPEZ-CUEVAS and ) | |
| ANTELMO ONTIVEROS, ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

   Defendant Fernando Lopez-Cuevas, by and through counsel Krista Hart, and plaintiff United States of America, by and through counsel Assistant U.S. Attorney Carolyn Delaney, hereby stipulate that defendant's <u>Ameline</u> brief which was due on September 25, 2006, is now due on October 30, 2006.

   Mr. Lopez-Cuevas went to trial before this Court in February, 2002.  Attorney Gil Roquet represented Mr. Lopez-Cuevas during the trial.  After the jury returned a guilty verdict, both defendants appealed their convictions.  Attorney John Ward represented Mr. Lopez-Cuevas on the appeal.  The U.S. Court of Appeals for the Ninth Circuit remanded the case to this Court in light of the holding in <u>United</u>

States v. Booker, 125 S.Ct. 738 (2005).  Pursuant to United States v. Ameline, 409 F.3d 1073 (9th Cir. 2005)(en banc) this Court issued an order on June 19, 2006, ordering the attorneys for all parties to file briefs answering the questions raised in Ameline.  This Court appointed the undersigned to represent Mr. Lopez-Cuevas on June 13, 2006.

The undersigned has not had sufficient time to obtain and review the materials necessary to answer the Court's question.  The undersigned has obtained materials and transcripts from the former attorneys.  Mr. Lopez-Cuevas indicated that he has material relevant to the issue.  I recently received that information from defendant.

The undersigned has been in a jury trial in the Superior Court of California for the County of Sacramento from August 23, 2006, to September 29, 2006.  Defense counsel has not had time to prepare the Ameline brief.

Therefore, the parties stipulate and agree to the additional time for defense counsel to review the recently obtained materials and to prepare the brief.

October 4, 2006                  */s/ Krista Hart*
                                 Attorney for Fernando Lopez-Cuevas


October 4, 2006                  McGregor Scott
                                 United States Attorney

                                 */s/ Carolyn Delaney*
                                 Assistant U.S. Attorney (per e-mail)


**ORDER**

Good cause appearing, it is so ordered.

Dated:  October 4, 2006

                                 /s/ Garland E. Burrell, Jr.
                                 GARLAND E. BURRELL, JR.
                                 United States District Judge