IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Respondent,                      No. CR S-02-0418 GEB GGH P

vs.

FERNANDO LOPEZ-CUEVAS,

    Movant.                          <u>ORDER</u>

_____/

        On November 23, 2009, respondent filed a motion for an order finding a waiver of attorney client privilege and to require disclosures from prior counsel.  Generally, when a defendant attacks the actions or inaction of his trial counsel in a § 2255 motion, any attorney-client privilege is waived with respect to information pertinent to the allegations.   Movant (Lopez-Cuevas) is ordered to file a response to the request for the waiver of attorney client privilege.

        Accordingly, IT IS HEREBY ORDERED that within fourteen days of the date of this order, movant shall file a response to respondent's motion for a waiver of attorney client privilege.

DATED:   November 24, 2009           /s/ Gregory G. Hollows

                                                UNITED STATES MAGISTRATE JUDGE

lop418.ord