1

2

3

4

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10  UNITED STATES OF AMERICA,

11          Respondent,                    No. CR S-02-0418 GEB GGH P

12       vs.

13  FERNANDO LOPEZ-CUEVAS,            <u>ORDER</u>

14          Movant.

15  _____/

16          Movant is a federal prisoner proceeding pro se with a motion to vacate, correct or

17  set aside his sentence pursuant to 28 U.S.C. § 2255.  Movant filed his § 2255 motion on October

18  13, 2009.  Respondent filed an opposition on April 16, 2010.  On May 3, 2010, movant filed a

19  request for an extension to file a reply.  On May 14, 2010, the undersigned granted movant a 30

20  day extension to file a reply.  Movant did not file a reply or otherwise communicate with the

21  court until approximately 16 months later.  On October 3, 2011, movant filed a traverse and a

22  motion for to leave to file the traverse.  Movant states that it took so long to file a traverse

23  because he is indigent, cannot speak or write English and no other inmates were able to help him

24  until recently.  Movant's motion is denied and the traverse is stricken.  Movant was provided an

25  extension in May 2010, but did not file a traverse or otherwise communicate his difficulties to

26  the court for 16 months.  While great latitude is provided for pro se litigants, movant seeking

1

1    good cause to excuse 16 months of silence and to file a traverse 16 months late is well beyond

2    acceptable–even for a person who alleges that he cannot speak or write English.

3              During trial, on February 11, 2004, a in camera hearing was held out of the

4    presence of the jury and the prosecution, between the trial court, movant and movant's attorney

5    as movant requested counsel be relieved and new counsel appointed.  This hearing was not

6    transcribed and does not appear in the trial transcript.  However, the hearing contains information

7    relevant to the instant § 2255 motion which contains 24 claims of ineffective assistance of

8    counsel.

9              Therefore, Court Reporter Kimberly Bennett shall prepare a transcript of this

10   hearing and send a copy of the transcript to movant and respondent.[1]  Once the transcript is

11   prepared, Court Reporter Bennett shall forward it to the Office of the Clerk for filing under seal.

12   No briefing is required in response to the transcript and the court will not review any briefing if

13   submitted.

14             Accordingly, IT IS HEREBY ORDERED that:

15             1.  Movant's motion to file a traverse (Doc. 206) is denied and the traverse (Doc.

16   207) is stricken;

17             2.  Court Reporter Kimberly Bennett shall prepare a transcript of the February 11,

18   2004, in camera hearing and serve a copy of the transcript on movant and respondent.  Once the

19   transcript is prepared, Court Reporter Bennett shall forward it to the Office of the Clerk for filing

20   under seal.  No briefing is required in response to the transcript and the court will not review any

21   briefing if submitted.

22   DATED: October 6, 2011

                                          /s/ Gregory G. Hollows
23                                        UNITED STATES MAGISTRATE JUDGE

     GGH: AB - lope0418.ord
24

25        [1] Attorney-client privilege has already been waived in this case (Doc. 186).  Although the
     hearing seemingly contains no prejudicial information with respect to counsel, the undersigned
26   will keep it sealed as persons with different perspective might disagree.