IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Respondent,                                    No. CR S-02-0418 GEB GGH P

    vs.

FERNANDO LOPEZ-CUEVAS,              <u>ORDER</u>

    Movant.

_____/

        On October 24, 2011, movant filed a request for reconsideration of the magistrate judge's order filed October 6, 2011, denying movant's motion to file a traverse and striking movant's traverse that was filed sixteen months late.  Pursuant to E.D. Local Rule 303(f), a magistrate judge's orders shall be upheld unless "clearly erroneous or contrary to law."  Upon review of the entire file, the court finds that it does not appear that the magistrate judge's ruling was clearly erroneous or contrary to law.

        Therefore, IT IS HEREBY ORDERED that, upon reconsideration, the order of the magistrate judge filed October 6, 2011, is affirmed.

Dated:  October 31, 2011

GARLAND E. BURRELL, JR.
United States District Judge

1